Case 1:19-mj-00291-GMH   Document 1-1   Filed 11/26/19   Page 1 of 2

Case 19-mj-00291
Assigned to: Judge G. Michael Harvey
Assign. Date: 11/26/2019
Description: RULE 5 - ARREST

Prob 12A (10/16)
VAE (6/18)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Louis Edward Bennett                           Docket No. 1:95CR00490-001

### Petition on Supervised Release

COMES NOW Raymond Hess, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Louis Edward Bennett, who was placed on supervision by the Honorable T.S. Ellis, III, Senior United States District Judge sitting in the Court at Alexandria, Virginia, on the 1st day of March, 1996, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this ____ day of _____ 20__ and ordered filed and made a part of the records in the above case.

_____
T.S. Ellis, III
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Raymond M. Hess    Digitally signed by Raymond M. Hess
                    Date: 2019.06.20 09:19:02 -04'00'

Raymond M. Hess
Senior U.S. Probation Officer
(703) 366-2118

Place Manassas, Virginia

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: BENNETT, Louis Edward

OFFENSE: Count 1: Armed Robbery, in violation of Title 18, U.S.C., §§2113 (a) & (d) and 2; and Count 2: Use of a Firearm During and Relation to a Crime of Violence, in violation of Title 18, U.S.C., §§924(c)(1) &(3) and 2.

SENTENCE: 188 months imprisonment as to Count1, and 60 months imprisonment as to Count 2 for a total of 248 months. A $50 special assessment fee was assessed for each count, for a total of $100. A five (5) year term of supervised release was ordered to follow release.

ADJUSTMENT TO SUPERVISION: The defendant was released from the D.C. Jail on October 30, 2015, to parole supervision and was placed under the supervision of Court Services and Offender Supervision Agency (CSOSA). The U.S. Probation Office, Eastern District of Virginia was never notified of the defendant's release.

It came to the attention of our office through the District of Maryland, that this offender was released from incarceration. Due to the fact that he committed the instant offenses in the Eastern District of Virginia while on parole supervision from the District of Columbia, the District of Maryland believed he may have been supervised by CSOSA. The District of Maryland advised they received a Notice of Release and Arrival on the defendant; however, no one in their district followed up with the Eastern District of Virginia when they denied his release plan to their district.

Our investigation revealed that the defendant was released from FCI Edgefield to the District of Columbia jail where he was then released to parole supervision effective October 30, 2015. Our district was never advised of his release and contact with the U.S. Parole Commission (USPC) and CSOSA revealed they had no record of the defendant's supervised release obligation to the Eastern District of Virginia.

The defendant has been supervised by CSOSA since his release. On March 15, 2018, CSOSA reported several violations to the USPC and requested a warrant. A warrant was not issued until May 8, 2019. On May 31, 2019, CSOSA reported additional violations to include "Failure to report for supervision as directed", noting that the defendant has not reported for supervision since at least February 4, 2019.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION: "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE IN THE DISTRICT TO WHICH THE DEFENDANT IS RELEASED WITHIN 72 HOURS OF RELEASE FROM CUSTODY OF THE BUREAU OF PRISONS."

On October 30, 2015, Louis Bennett was released from the custody of the Bureau of Prisons. Mr. Bennett did not report to the U.S. Probation Office to be installed on supervised release as ordered by Your Honor at sentencing on March 1, 1996.

RMH/lmg

Prob 12A (10/16)
VAE (5/17)